UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BURNS,

                              Plaintiff,

            -against-

RANDALL RICHARDS, ESQ., 18TB
ATTORNEY,

                              Defendant.

1:20-CV-7413 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 4, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the "three-strikes" provision in 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* statute while he is a prisoner unless he is under imminent danger of serious physical injury. *See* § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 4, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge